UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Tammy Lynn Stoe,                          Civil No. 09-2672 (RHK/RLE)

               Plaintiff,                       **ORDER**

vs.

D.W. Jones Management, Inc., et al.,

               Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and no objections thereto having been filed, **IT IS ORDERED**:

1. The Report and Recommendation (Doc. No. 8) is **ADOPTED**;

2. Plaintiff's Application to Proceed In Forma Pauperis (Doc. Nos. 2, 6) is **DENIED AS MOOT**; and

3. This action is summarily **DISMISSED WITHOUT PREJUDICE** pursuant to Title 28 U.S.C. § 1915(e)(2)(B)(ii).

Dated: February 5, 2010

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge